# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 18-33737 JPG

**Case Name:** HATFIELD, BRITTANY P

**Period Ending:** 01/30/19

**Trustee:** (550690)  Patti Baumgartner-Novak

**Filed (f) or Converted (c):** 11/30/18 (f)

**§341(a) Meeting Date:** 01/29/19

**Claims Bar Date:** 05/10/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2012 Ford Escape, 113,000 miles. | 5,825.00 | 0.00 | | 0.00 | FA |
| 2 | normal household goods | 700.00 | 0.00 | | 0.00 | FA |
| 3 | normal wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 4 | misc. jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: GWC Federal Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Child support: Child support | Unknown | 0.00 | | 0.00 | FA |
| 7 | 2018 tax returns/refunds  (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| **7** | **Assets**      **Totals**  (Excluding unknown values) | **$6,775.00** | **$1.00** | | **$0.00** | **$1.00** |

**Major Activities Affecting Case Closing:**

2018 tax returns - CBD: 05/10/2019

**Initial Projected Date Of Final Report (TFR):**  July 1, 2019

**Current Projected Date Of Final Report (TFR):**  July 1, 2019

_____
January 30, 2019

Date

/s/ Patti Baumgartner-Novak
_____

Patti Baumgartner-Novak

Printed: 01/30/2019 01:31 PM        V.14.50