IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: HATFIELD, BRITTANY P

Debtor(s)

Case No. 18-33737

Chapter 7

Judge: JOHN P. GUSTAFSON

**REQUEST FOR NOTICE**
**TO FILE CLAIMS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

It appears to the Trustee that there may be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

Respectfully submitted,

/s/Patti Baumgartner-Novak
Patti Baumgartner-Novak, Trustee

Date: 1/30/19